IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE WEED, ET AL., <br> Plaintiffs, | : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 11-2808 <br> : <br> : <br> : |
| v. | |
| ALLY FINANCIAL INC., <br> Defendant. | |

## ORDER

AND NOW, this 15th day of August, 2011, upon consideration of Plaintiffs' Motion to Strike Defendant's Reply (Doc. 23) and Defendant's Response in Opposition thereto (Doc. 24), IT IS HEREBY ORDERED AND DECREED that the Motion is DENIED.[1]

IT IS FURTHER ORDERED that upon consideration of Plaintiffs' Motion to Strike Defendant's Reply (Doc. 26), IT IS HEREBY ORDERED AND DECREED that the Motion is DENIED.

IT IS FURTHER ORDERED that upon consideration of Defendant's Motion to Dismiss (Doc. 12), Plaintiffs' Response in Opposition thereto (Doc. 21), and Defendant's Reply (Doc. 25), IT IS HEREBY ORDERED AND DECREED that the Motion is GRANTED in part and DENIED in part as follows:

1.  As to Plaintiff Weed Chevrolet's claim in Count II for tortious interference with contractual relations, Defendant's Motion to Dismiss is DENIED;

2.  As to all Plaintiff's claim in Count III for fraud, Defendant's Motion to Dismiss is DENIED;

---

[1] The parties are reminded that reply briefs are generally not helpful and are discouraged by the Court. Going forward, any party desiring to file a reply brief should seek leave of court in advance of filing.

1

3. As to all Plaintiffs' claim in Count IV for negligent misrepresentation, Defendant's Motion to Dismiss is **GRANTED**; and

4. As to Plaintiffs' demand for punitive damages, Defendant's Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs may seek punitive damages only as it relates to Plaintiffs' tort claims

BY THE COURT:

*/s/ Petrese B. Tucker*
**Hon. Petrese B. Tucker, U.S.D.J.**