## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE WEED, ET AL.,** : | |
|     **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 11-2808** |
| **ALLY FINANCIAL INC.,** : | |
|     **Defendant.** : | |

### ORDER

**AND NOW**, this _____ day of September, 2011, upon consideration of Defendant's Motion to Strike Plaintiffs' Demand for Trial by Jury (Doc. 14), Plaintiffs' Response in Opposition thereto (Doc. 20), and Defendant's Reply (Doc. 22), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.

**BY THE COURT**:

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

1