# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE WEED, ET AL.,** : | |
| Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 11-2808** |
| **ALLY FINANCIAL INC.,** : | |
| Defendant. : | |

## ORDER

**AND NOW** this ____, day of June, 2012, upon consideration of Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (Doc. 33), Plaintiffs' Memorandum of Law in Support of its Motion (Doc. 34) and Defendant's Response thereto (Doc. 37), **IT IS HEREBY ORDERED AND DECREED** that the motion is **GRANTED in part and DENIED in part**.

**IT IS FURTHERED ORDERED** that Defendant's First, Second, and Ninth Affirmative Defenses shall be stricken.

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**